UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DONALD K. JORDAN, | |
| Defendant. | |

This matter comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to $1,407.00 in U.S. Currency ("property") seized on April 21, 2015 (Dkt. No. 1046). The Court, having reviewed the United States' motion, as well as other pleadings and papers filed in this matter, hereby APPROVES entry of a final order of forfeiture for reasons explained herein.

In the plea agreement entered on October 19, 2015, Defendant Donald K. Jordan ("Defendant") forfeited his interest in the above-listed property pursuant to 2l U.S.C. § 853. (Dkt. No. 364 at ¶ l2.) On February 26, 2016, this Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 2l U.S.C. § 853 and ordering Defendant's interest in the property be forfeited. (Dkt. No. 542.) The United States subsequently complied with applicable notice requirements. (Dkt. Nos. 615, 1047); *see* 2l U.S.C. § 853(n)(l); Fed. R. Crim. Pro. 2.2(b)(6)(C), 32.2(b)(6)(A). The time for filing third-party petitions has

expired, and none were filed. *See* 2l U.S.C. § 853(n)(2).

The Court therefore ORDERS as follows:

l. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Justice, and/or its representative, is authorized to dispose of the above-listed property as permitted by governing law.

DATED this 25th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE