THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JORDAN,<br><br>Defendant. | CASE NO. CR15-0120-JCC<br><br>ORDER |

This matter comes before the Court on the parties' agreed motion (Dkt. No. 1139) to amend the conditions of Defendant's appearance bond (Dkt. No. 1135). Having thoroughly considered the motion and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion. It is hereby ORDERED that:

1. Defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. Defendant is restricted to his residence at all times except for employment, religious services, medical reasons, legal reasons, or as otherwise approved by the location monitoring specialist. Defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent he is financially above, as determined by the location monitoring specialist.
2. The current condition of release on bond requiring Home Confinement is STRICKEN.

1      DATED this 23rd day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE