THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | ORDER |
| v. | |
| DONALD K. JORDAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's renewed motion for early termination of supervised release (Dkt. No. 1346). As a basis supporting early termination, Mr. Jordan cites a need to move to Texas to help care for his elderly mother. (*Id.* at 1.) For the same reasons that the Court denied Mr. Jordan's prior motion, it must DENY this one. (*See* Dkt. No. 1222 at 1–2.) Rather than seek early termination, the Court suggests Mr. Jordan pursue a transfer of supervision.

DATED this 27th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR15-0120-JCC
PAGE - 1